IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY SIMONSON, RAYMOND BOYLE,
AND MICHAEL O'GRADY,

    Plaintiff,

v.

KASIETA LEGAL GROUP, LLC, SHERIFF
ROGER BRANDER, SHERIFF DEPUTY
BENJAMIN OETZMAN, CITY OF PORTAGE,
PORTAGE COMMUNITY SCHOOL
DISTRICT BOARD OF EDUCATION, MARK
HAZELBAKER, JUDGE WILLIAM ANDREW
VOIGHT, BRAD SCHIMEL, BRIAN
O'KEEFE, RANDALL SCHNEIDER, SHERIFF
DEPUTY CHRISTOPHER ZUNKER, CITY
OF WISCONSIN DELLS, AXLEY
BYRNELSON, LLP, AND STAFFORD
ROSENBAUM, LLP, COLUMBIA COUNTY,
AND JOSH KAUL,

    Defendants.

Case No.  19-cv-248-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

    /s/  
Peter Oppeneer, Clerk of Court

    4/15/2020  
Date